# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| YORMAN ALEXANDER SANDOVAL ABELLO, | § § § § § § § § § | |
| *Petitioner*, | | |
| v. | | |
| MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HER OFFICIAL CAPACITY;  DOE, WARDEN, ERO EL PASO CAMP EAST MONTANA DETENTION FACILITY, IN THEIR OFFICIAL CAPACITY; TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; AND PAMELA BONDI, U.S. ATTORNEY GENERAL, IN HER OFFICIAL CAPACITY, | § § § § § § § § § § § § § § § § § § § § § § § § | No.  3:26-CV-00777-LS |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Voluntary Dismissal,[1] the Court dismisses this action with prejudice.

**SO ORDERED**.

---

[1] ECF No. 6.

**SIGNED** and **ENTERED** on May 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**